No. 05–5936. TURNER *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 05–5937. VAUGHAN *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 05–5938. VIZCARRA-PARDINI *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 05–5939. WATKINS *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 05–5943. BOONE *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 05–5944. YAZZIE *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 05–5945. WASHINGTON *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 05–5947. ARCHULETA-VALERIO *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 05–5948. LOPEZ-GUZMAN *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 05–5949. BERMUDEZ *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 05–5950. BAILEY *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 05–5951. BURTON *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 05–5953. MCCULLY *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 05–5954. RIVERA *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 05–5956. JUAREZ *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 05–5958. MCDERMOTT *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.